**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ERIC GRIFFIN,** | * | **Crim. No. L-09-0459** |
| Petitioner, | * | Civil No._____ |
| v. | * | |
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| Respondent. | * | |
| | * | |

\* \* \* \* \*

**MOTION TO VACATE JUDGMENT UNDER 28 U.S.C. § 2255**
**AND HOLD CASE IN ABEYANCE**

Mr. Eric Griffin, through undersigned counsel, requests that this Court vacate his conviction under 28 U.S.C. § 2255 because his guilty plea was involuntary in violation of his due process rights. The plea was unlawfully induced by impermissible government conduct, specifically the lies of Officer Keith Allen Gladstone of the Baltimore City Police Department (BPD). These lies have now become evident through Officer Gladstone's federal indictment and conviction for fraudulent conduct in Case No. CCB-19-0094.

However, Mr. Griffin asks this Court to hold this case in abeyance for one year to permit him to supplement his § 2255 motion and negotiate a resolution with the government. The government, through Assistant United States Attorney Robert Harding, does not oppose the abeyance request. Mr. Griffin states the following in support of this motion:

1

1.       On August 25, 2009, Mr. Griffin was indicted for one count of possession with intent to distribute heroin and crack cocaine in violation of 21 U.S.C. § 841 (Count One) and one count of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) (Count Two). ECF No. 1. On December 7, 2010, Mr. Griffin pled guilty to possession with intent to distribute heroin as charged in Count One. ECF Nos. 23 and 24. On March 14, 2011, he was sentenced to 151-months imprisonment. ECF No. 31.

2.       However, the guilty plea was induced by the material lies of Officer Gladstone included in his affidavit in support of the search warrant that led to the purported evidence against Mr. Griffin. ECF No. 22-1.

3.       Nonetheless, it was not until March 6, 2019—long after Mr. Griffin's guilty plea— that credible evidence of Officer Gladstone's propensity to lie in criminal cases materialized. On that date, the government unsealed a federal indictment against Officer Gladstone that charged him with the following: one count of conspiring to deprive a victim of his civil rights by planting evidence against him and then lying about it in a statement of probable cause in violation of 18 U.S.C. § 241 (Count One); one count of conspiring to commit an offense against the United States by lying in the statement of probable cause in violation of 18 U.S.C. § 371 (Count Two); and one count of witness tampering by instructing another law enforcement officer to lie about the planting of evidence in violation of 18 U.S.C. § 1512 (Count Three). *See* ECF No. 1, Case No. CCB-19-0094. On May 31, 2019, Officer Gladstone admitted to these lies and pled guilty to Count One. ECF Nos. 18 and 19, Case No. CCB-19-0094.

4.       Officer Gladstone's indictment and conviction are new evidence that now shatters his credibility and confirms that he also lied in Mr. Griffin's case. This "impermissible

government conduct" induced Mr. Griffin to plead guilty in violation of his due process rights. *United States v. Fisher*, 711 F.3d 460, 467 (4th Cir. 2013). Therefore, the Fourth Circuit's decision in *Fisher* compels the vacatur of his conviction.

5.      The government, through Assistant United States Attorney Robert Harding, agrees that this motion is timely filed under 28 U.S.C. § 2255(f)(4). The government also agrees that this motion sufficiently pleads Mr. Griffin's *Fisher* claim and that Mr. Griffin has one year from today's date to supplement the motion. In the meantime, the Office of the Federal Public Defender will work with the government on a resolution of this matter.

WHEREFORE, Mr. Griffin respectfully asks this Court to vacate his conviction, but before ruling on this motion, he asks the Court to hold this case in abeyance for one year from the date of this filing to give him time to supplement the motion and negotiate a resolution with the government.

           Respectfully submitted,

           JAMES WYDA
           Federal Public Defender

           _____/s/_____
           PARESH S. PATEL
           Assistant Federal Public Defender
           6411 Ivy Lane, Ste. 710
           Greenbelt, Maryland
           (301) 344-0600]
           paresh_patel@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of March 2020, a copy of the foregoing Motion to Vacate Judgment Under 28 U.S.C. §2255 was delivered via electronic filing to Robert Harding, Assistant United States Attorney, Office of the United States Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201-2692.

_____/s/_____
PARESH S. PATEL
Assistant Federal Public Defender